**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>TRAVIS S. COWHER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>   Movant<br>   vs.<br>No Respondents. | Case No.:18-23857 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 09/30/2018  and confirmed on 09/04/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,920.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 10,920.00 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,711.07 | |
|    Trustee Fee | 449.93 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,161.00 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   M & T BANK | 0.00 | 7,759.00 | 0.00 | 7,759.00 |
|     Acct: 2615 | | | | |
|   M & T BANK | 20,904.48 | 0.00 | 0.00 | 0.00 |
|     Acct: 2615 | | | | |
|   BELLEVUE BOROUGH (REFUSE SVC)** | 590.00 | 0.00 | 0.00 | 0.00 |
|     Acct: K231 | | | | |
|   BELLEVUE BOROUGH (REFUSE SVC)** | 303.53 | 0.00 | 0.00 | 0.00 |
|     Acct: K231 | | | | |
| | | | | 7,759.00 |
| **Priority** | | | | |
|   STEPHEN JURMAN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TRAVIS S. COWHER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEPHEN JURMAN ESQ | 3,000.00 | 2,711.07 | 0.00 | 0.00 |
|     Acct: | | | | |
|   M & T BANK | 1,150.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2615 | | | | |

| 18-23857 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | * * * N O N E * * * | | | |

| Unsecured | | | | |
|---|---|---|---|---|
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 8159 | 207.54 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC<br>Acct: 8434 | 162.56 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: S524 | 0.00 | 0.00 | 0.00 | 0.00 |
| COLLECTION SERVICE CENTER INC<br>Acct: S55V | 0.00 | 0.00 | 0.00 | 0.00 |
| PHYSIOTHERAPY CORPORATION<br>Acct: 0091 | 0.00 | 0.00 | 0.00 | 0.00 |
| SOURCE RECEIVABLES MANAGEMENT<br>Acct: 8040 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*<br>Acct: 6687 | 734.96 | 0.00 | 0.00 | 0.00 |
| KERI P EBECK ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| CHRISTOPHER M MCMONAGLE ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

| TOTAL PAID TO CREDITORS | | 7,759.00 |
|---|---|---|

TOTAL CLAIMED
PRIORITY              1,150.00
SECURED              21,798.01
UNSECURED            1.105.06

Date: 04/01/2021

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com